IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDEEP CHAND,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | CASE NO. 1:26-cv-05206-KES-EPG<br>STIPULATION FOR EXTENSION OF TIME AND ORDER<br>(ECF No. 8) |

Defendants respectfully request an extension of time to respond to the Complaint and Plaintiff jointly stipulates to the requested extension for a period of approximately thirty days.

This case involves the alleged unlawful delay in the adjudication of Plaintiff's four I-730, Petitions for Asylee Relative, for his wife, sons, and daughter who remain in the family's country of citizenship, India. Complaint, ECF 3, at ¶ 16. Defendant USCIS is in the process of scheduling the I-730 interviews to occur in India. These interviews must occur in order for the adjudicatory process to continue. Based on this status and in order to allow the adjudicative process to proceed, the parties jointly stipulate to extend the deadline for Defendants to file an answer or other pleading for approximately thirty days to and including October 14, 2026. The parties further request the Court to similarly extend any other deadlines and proceedings.

///

///

///

///

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is October 14, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Maleeha Haq (as authorized on September 12, 2026)*
REGINA JACOBSON
Counsel for Plaintiff

ORDER

Upon consideration of the parties' stipulation, the Court shall grant the request to extend the deadline for Defendants to file an answer or other pleading for approximately thirty days and HEREBY ORDERS Defendants to file an answer or responsive pleading no later than October 14, 2026.

Furthermore, the Court shall continue the currently set October 13, 2026, initial scheduling conference (ECF No. 4) to November 5, 2026, at 10:00 a.m. The parties are directed to file a joint scheduling report no later than seven days prior to the initial scheduling conference.

IT IS SO ORDERED.

Dated: **September 14, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE