IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDEEP CHAND,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | CASE NO. 1:26-CV-05206-KES-EPG<br><br>STIPULATION FOR A SECOND EXTENSION OF TIME AND ORDER<br><br>(ECF No. 10) |

Defendants respectfully request a second extension of time to respond to the Complaint and Plaintiff does not oppose the requested extension for a period of approximately 120 days.

This case involves the alleged unlawful delay in the adjudication of Plaintiff's four I-730, Petitions for Asylee Relative, for his wife, sons, and daughter who remain in the family's country of citizenship, India. Complaint, ECF 3, at ¶ 16. The parties previously requested to extend the deadline jointly and this Court granted the stipulated request to extend. ECF ## 8, 9. In order to continue the adjudicatory process, Defendant USCIS has scheduled interviews for November 19, 2026. Additional time will be needed after these interviews to review information collected. The interviews and continued work are necessary to advance USCIS's review, complete the necessary background vetting, and ensure that the relevant information is fully evaluated before USCIS can take further action in this matter. Based on this status and to allow the adjudicative process to proceed, the parties jointly stipulate to extend the deadline for Defendants to file an answer or other pleading for approximately 120 days to and including February 11, 2027. The parties further request the Court to similarly extend any other deadlines and proceedings.

///

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is February 11, 2027. All other pending deadlines and proceedings are similarly extended.

DATED: October 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: *<u>/s/ Catherine J. Swann</u>*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: *<u>/s/ Maleeha Haq (as authorized on October 13, 2026)</u>*
MALEEHA HAQ
Counsel for Plaintiff

ORDER

In light of the parties' stipulation, the Court shall grant the second extension of time for Defendants to file a response to the Complaint and **HEREBY ORDERS** the following:

1. Defendants shall file a response to the Complaint no later than February 11, 2027.
2. The currently set November 5, 2026, initial scheduling conference is continued to February 25, 2027 at 10:00 a.m. The parties shall file a joint scheduling report no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE